# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**



**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


September 14, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 26-20423 Tu v. Atuta
USDC No. 4:26-CV-1218

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

Christy Combel

By: ______________________
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
Mr. Lloyd E. Kelley
Ms. Minh-Tam Tran
Mr. Brian Alan Turner