# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NGUYEN THANH TU a/k/a TU NGUYEN,<br>*Plaintiff,*<br><br>v.<br><br>ATUTA, INC. d/b/a PHO BOLSA TV,<br>VU HOANG LAN, ANDREW LE TV<br>AN THIEN LE aka ANDREW LE,<br>PREMIERLINE GROUP, LLC.,<br>TUAN THANH HO, HGP USA CORP.,<br>HOANG GIA PEARL, JSC., PHUNG<br>BACH DOAN, ESTHER K. LE, THANH<br>NGA T. TRAN, PRISCILLA T. LE, TAI<br>VAN PHAM aka TONY PHAM, and<br>JOHN NGUYEN,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-CV-1218 |

**NOTICE OF APPEAL**

COMES NOW, Plaintiff Nguyen Thanh Tu a/k/a Tu Nguyen. and files his Notice of Appeal to the United States Court of Appeal for the Fifth Circuit from the Final Judgment entered in this matter on June 29, 2026.

Respectfully submitted,

LAW OFFICE OF BRIAN TURNER
308 N. Washington Ave.
Bryan, TX 77803
(979) 583-9200 – Telephone
(979) 314-9533 – Telecopier
bt@brianturnerlaw.com

By: /s/ Brian Turner
Brian Turner
State Bar No. 20310450
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on July 29, 2026, a copy of the above and foregoing was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Brian Turner
Brian Turner