# EXHIBIT 4

**Stevee LeMaire**

| | |
|---|---|
| **From:** | Misty Hataway-Cone |
| **Sent:** | Thursday, August 13, 2026 11:38 AM |
| **To:** | Lanie Smith; Regan Smith |
| **Subject:** | RE: Request for Transcript in Cause No. 4:26-CV-1218 |

Yes, I received it.

---

**From:** Lanie Smith <Lanie_Smith@txs.uscourts.gov>
**Sent:** Thursday, August 13, 2026 11:36 AM
**To:** Misty Hataway-Cone <misty@conepllc.com>; Regan Smith <Regan@conepllc.com>
**Subject:** Re: Request for Transcript in Cause No. 4:26-CV-1218

I emailed your transcript and filed it. Please let me know that you've received it. It was sent from laniems@comcast.net.

---

**From:** Misty Hataway-Cone <misty@conepllc.com>
**Sent:** Thursday, August 13, 2026 10:26 AM
**To:** Lanie Smith <Lanie_Smith@txs.uscourts.gov>; Regan Smith <Regan@conepllc.com>
**Subject:** RE: Request for Transcript in Cause No. 4:26-CV-1218

**CAUTION - EXTERNAL:**

Payment sent via Zelle.

Sincerely,
**Misty A. Hataway-Coné**
*Managing Attorney/Owner*

2019 Washington Ave. Ste. 201
Houston, Texas 77007

T: (713) 955-2729 | F: (806) 243-5753
misty@conepllc.com | ConePLLC.com

NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete the original message. Thank you.

---

**From:** Lanie Smith <Lanie_Smith@txs.uscourts.gov>
**Sent:** Thursday, August 13, 2026 7:47 AM
**To:** Misty Hataway-Cone <misty@conepllc.com>; Regan Smith <Regan@conepllc.com>
**Subject:** Re: Request for Transcript in Cause No. 4:26-CV-1218

The cost of the transcript is $79.20.

Payment can be made via check or Zelle - laniesmith@me.com.

If mailing check:
Lanie Smith
58 Pine Song Place
The Woodlands, Texas 77381

Lanie M. Smith

Official Court Reporter

United States District Court

Southern District of Texas

515 Rusk

Suite 8004

Houston, Texas 77002

---

**From:** Misty Hataway-Cone <misty@conepllc.com>
**Sent:** Wednesday, August 12, 2026 5:54 PM
**To:** Regan Smith <Regan@conepllc.com>; Lanie Smith <Lanie_Smith@txs.uscourts.gov>
**Subject:** RE: Request for Transcript in Cause No. 4:26-CV-1218

**CAUTION - EXTERNAL:**

I even checked my "junk" and "spam" folders.


Sincerely,
**Misty A. Hataway-Coné**
*Managing Attorney/Owner*

CONÉ PLLC

RATED BY Super Lawyers
Misty Hataway-Coné
10 YEARS

2019 Washington Ave. Ste. 201
Houston, Texas 77007

T: (713) 955-2729 | F: (806) 243-5753
misty@conepllc.com | ConePLLC.com



NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete the original message. Thank you.


---

**From:** Regan Smith <Regan@conepllc.com>
**Sent:** Wednesday, August 12, 2026 5:52 PM
**To:** Lanie Smith <Lanie_Smith@txs.uscourts.gov>
**Cc:** Misty Hataway-Cone <misty@conepllc.com>
**Subject:** RE: Request for Transcript in Cause No. 4:26-CV-1218

Misty and I did not receive anything. Please resend.

Thank you!


Sincerely,
Regan Smith
*Legal Assistant*

2019 Washington Ave., Ste. 201
Houston, Texas 77007
T: (713) 955-2729 | F: (806) 243-5753
Regan@ConePLLC.com | ConePLLC.com
NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete the original message. Thank you.

---

**From:** Lanie Smith <Lanie_Smith@txs.uscourts.gov>
**Sent:** Wednesday, August 12, 2026 4:31 PM
**To:** Regan Smith <Regan@conepllc.com>
**Cc:** Misty Hataway-Cone <misty@conepllc.com>
**Subject:** Re: Request for Transcript in Cause No. 4:26-CV-1218

I sent you payment information around 3:00. Let me know if you didn't receive it.

Lanie M. Smith

Official Court Reporter

United States District Court

Southern District of Texas

515 Rusk

Suite 8004

Houston, Texas 77002

---

**From:** Regan Smith <Regan@conepllc.com>
**Sent:** Wednesday, August 12, 2026 2:58 PM
**To:** Lanie Smith <Lanie_Smith@txs.uscourts.gov>

**Cc:** Misty Hataway-Cone <misty@conepllc.com>
**Subject:** Request for Transcript in Cause No. 4:26-CV-1218

**CAUTION - EXTERNAL:**

Good afternoon,

My name is Regan Smith, and I am reaching out regarding the attached request for the above-mentioned cause no. We originally reached out to Mayra Malone, and she let us know that you are the court reporter that we need to contact. Please advise regarding payment arrangements.

Thank you!

Sincerely,
Regan Smith
*Legal Assistant*

CONÉ PLLC
2019 Washington Ave., Ste. 201
Houston, Texas 77007
T: (713) 955-2729 | F: (806) 243-5753
Regan@ConePLLC.com | ConePLLC.com

NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete the original message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.