# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-20423 Tu v. Atuta
USDC No. 4:26-CV-1218

The court has granted appellant's motion to reopen the case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Amanda M. Duroncelet
Amanda M. Duroncelet, Deputy Clerk
504-310-7636

Ms. Misty Annette Hataway-Cone
Mr. Lloyd E. Kelley
Mr. Nathan Ochsner
Ms. Minh-Tam Tran
Mr. Brian Alan Turner